UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA L. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MELISSA S. HOLYOKE,<br><br>    Defendant. | NO. 2:23-cv-01114-GJL<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Plaintiff, Samantha Johnson, and Defendant, Melissa Holyoke, by and through their respective counsel of record, hereby stipulate and agree that all claims in the above captioned lawsuit may be dismissed in their entirety, with prejudice, and without costs and attorneys fees to any party.

Dated this  24th  day of June 2024.

STIPULATION AND ORDER OF DISMISSAL
(USDC CASE NO. 2:23-cv-01114)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4855-9517-5617.1

| | |
|---|---|
| 1 | |
| 2 | /s/ *signature* Marcus D. Cook 11767 |
|   | Adam C. Cox, WSBA #35677 |
|   | **HAROLD D. CARR, PS** |
|   | 10136 Bridgeport Way SW |
|   | Lakewood, WA 98499-2302 |
|   | Tel:   253-365-6565 |
|   | Email: adam@haroldcarrattorney.com |
|   | |
|   | *Attorneys for Plaintiff* |

s/ Stacy DeMass
Eliot M. Harris, WSBA #36590
Stacy DeMass, WSBA #45592
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:    (206) 628-6600
Fax:   (206) 628-6611
Email: eharris@williamskastner.com
            sdemass@williamskastner.com

*Attorneys for Defendant Melissa S. Holyoke*

---

STIPULATION AND ORDER OF DISMISSAL
(USDC CASE NO. 2:23-cv-01114)

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4855-9517-5617.1

## ORDER

THIS MATTER having come before the Court by way of stipulated motion of Plaintiff Johnson and Defendant Holyoke, to dismiss all claims asserted in this lawsuit with prejudice and without costs and attorney fees to any party, and the Court being fully advised, it is now ORDERED as follows:

All Plaintiff Johnson's claims against Defendant Holyoke are hereby dismissed with prejudice and without costs and attorney fees to any party.

DATED this <u>24th</u> day of <u>June</u> 2024.

_____
James L. Robart
United States District Court Judge

Presented by:

*s/ Stacy DeMass*
Eliot M. Harris, WSBA #36590
Stacy DeMass, WSBA #45592
**WILLIAMS, KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Tel:   (206) 628-6600
Fax:   (206) 628-6611
Email: eharris@williamskastner.com
         sdemass@williamskastner.com

***Attorneys for Defendant Melissa S. Holyoke***

STIPULATION AND ORDER OF DISMISSAL
(USDC CASE NO. 2:23-cv-01114)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4855-9517-5617.1

1
2  Agreed to by:
3  _____  Harold D. Carr 11267
   Adam C. Cox, WSBA #35677
4  **HAROLD D. CARR, PS**
   10136 Bridgeport Way SW
5  Lakewood, WA 98499-2302
   Tel:    253-365-6565
6  Email: adam@haroldcarrattorney.com
7
   *Attorneys for Plaintiff*
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

STIPULATION AND ORDER OF DISMISSAL
(USDC CASE NO. 2:23-cv-01114)

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4855-9517-5617.1